*J. R. Botts, for appellant.*

*R. T. Burns, for appellee.*

---

### D. JAYNE *v.* M. PRESTON'S EX'R.

**Mortgages—Foreclosure Against Property of Bankrupt.**

> Where a mortgagee did not present his claim before the bankruptcy court in a proceeding by the mortgagor, the mortgagee may subsequently foreclose his mortgage against the mortgaged property, no personal judgment being sought against the bankrupt.

APPEAL FROM JOHNSON CIRCUIT COURT.

September 15, 1873.

OPINION BY JUDGE PETERS:

It is not alleged in the answer that appellee presented his claim to the bankrupt court, or received any portion of the proceeds of the assets administered by that court.

The mortgage was executed to appellee's testator a considerable length of time before appellant applied for the benefit of the bankrupt law, and appellee only sought to subject the mortgaged prop-

erty to the payment of his debt, and that was the only relief that the court below adjudged, no personal judgment against appellant being rendered.

The answer presented no defense and no error prejudicial to appellant is perceived, wherefore the judgment is *affirmed*.

*D. Jayne, for appellant.*

————, *for appellees.*